THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* BOBBY JOE ALEXANDER, Defendant-Appellant.

(No. 73-239;

Fifth District—April 2, 1974.

PER CURIAM.
CARTER, J., took no part.

Robert E. Farrell, Deputy Defender, of Mt. Vernon, for appellant.

Michael J. Henshaw, State's Attorney, of Harrisburg, for the People.